No. 76–193. MORITT v. NADJARI ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–196. BRABANT v. CITY OF SEATTLE ET AL. Sup. Ct. Wash. Certiorari denied.

No. 76–197. MOHASCO INDUSTRIES, INC., ET AL. v. SPOUND ET AL. C. A. 1st Cir. Certiorari denied.

No. 76–218. SILVOLA v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 76–219. INTERNATIONAL TELEPHONE & TELEGRAPH CORP. v. RAYCHEM CORP. C. A. 1st Cir. Certiorari denied.

No. 76–223. LANE v. LANE. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 76–225. REINHART v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 76–233. OTTO v. CITY OF DAYTON. Sup. Ct. Ohio. Certiorari denied.

No. 76–236. SHERARD v. SHELTON, DIRECTOR, WAYNE COUNTY DEPARTMENT OF SOCIAL SERVICES. Sup. Ct. Mich. Certiorari denied.

No. 76–240. RYDER v. DALLAS & MAVIS FORWARDING Co., INC. C. A. 3d Cir. Certiorari denied.

No. 76–243. ALLIED CHEMICAL CORP. ET AL. v. DAIFLON, INC. C. A. 10th Cir. Certiorari denied.